# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # __7__

Fisch

-v-

City of New York, et al

U.S.C.A. # _____

U.S.D.C. # __08-CV-2477__

JUDGE: __KMW__

DATE: __APRIL 3 2008__

*Filed stamp: U.S. DISTRICT COURT FILED APR 0 3 2008 S.D.N.Y.*

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): THOMAS R. PISARCZYK
FIRM: U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
ADDRESS: 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
PHONE NO.: (212) 805 - 0636

**DISTRICT COURT DOCKET ENTRIES** --------------------------------------------------

**DOCUMENT DESCRIPTION**                                    DOC. #

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

** ONLY CIRCLED DOCUMENTS ARE INCLUDED **

** ALL OTHERS MISSING AT THIS TIME **


( X ) Original Record                           ( ____ ) Supplemental Record


The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 3rd Day of April, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- 
Fisch
-v-
City of New York
-------------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08-cv-2477

JUDGE: KMW

DATE: APRIL 3, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __6__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                        Document Description

**BALANCE OF FILE MISSING AT THIS TIME**

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 3RD Day of APRIL In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:08-cv-02477-KMW
### Internal Use Only

Fisch v. City of New York et al
Assigned to: Judge Kimba M. Wood
Cause: 42:1983 Civil Rights Act

Date Filed: 03/11/2008
Date Terminated: 03/11/2008
Jury Demand: Plaintiff
Nature of Suit: 430 Banks and Banking
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 03/11/2008 | 1 | COMPLAINT against Robert Ardusio, New York District Attorney of the County of New York, Robert Morgenthau, James M. Kindler, Lisa Friel, Michael Dougherty, Scot Leet, Edward Tacchi, Lenox Hill Hospital, Gladis George, Mayer Grosser, M.D., City of New York, New York Police Department (NYPD), Raymond Kelly, George P. Brown, Detective Bureau of Manhattan, Thomas Fahey, Adam Lamboy, Richard Ruiz. Document filed by Eugene J. Fisch.(laq) (Entered: 03/19/2008) |
| 03/11/2008 | | Magistrate Judge James C. Francis is so designated. (laq) (Entered: 03/19/2008) |
| 03/11/2008 | 2 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Eugene J. Fisch.(laq) (Entered: 03/19/2008) |
| 03/11/2008 | 3 | ORDER OF DISMISSAL, Plaintiff's request to proceed in forma pauperis is granted, but for the reasons set forth within, the complaint is dismissed. Accordingly, this complaint the close and sympathetic reading to which it is entitled, plaintiff's allegations fail to state a claim on which relief may be granted and/pr seek damages against defendants who are immune from suit and the complaint is therefore dismissed. The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 3/11/08) (laq) (Entered: 03/19/2008) |
| 03/11/2008 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 3/11/08) (laq) (Entered: 03/19/2008) |
| 03/28/2008 | 5 | MOTION for Reconsideration regarding dismissal Order by Hon. Kimba Wood purs to a complaint filed on Novembr 5, 2007. Document filed by Eugene J. Fisch.(djc) (Entered: 04/01/2008) |
| 03/28/2008 | 6 | NOTICE OF APPEAL from 4 Judgment - Sua Sponte (Complaint), 3 Order Dismissing Complaint (I.F.P.). Document filed by Eugene J. Fisch. (tp) (Entered: 04/03/2008) |
| 03/28/2008 | | Appeal Remark as to 6 Notice of Appeal filed by Eugene J. Fisch. $455.00 APPEEAL FEE DUE. IFP REVOKED 3/11/08. (tp) (Entered: 04/03/2008) |
| 04/03/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 6 Notice of Appeal. (tp) (Entered: 04/03/2008) |
| 04/03/2008 | | Transmission of Notice of Appeal to the District Judge re: 6 Notice of Appeal. (tp) (Entered: 04/03/2008) |